UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 14 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MACKENZIE BROWN, a single woman, | No. 20-15568 |
| Plaintiff - Appellant, | D.C. No. 2:17-cv-03536-GMS |
| v. | U.S. District Court for Arizona, Phoenix |
| STATE OF ARIZONA and ARIZONA BOARD OF REGENTS, a constitutionally created body corporate, DBA University of Arizona, | **ORDER** |
| Defendants - Appellees, | |
| and | |
| RICHARD A. RODRIQUEZ and RITA RODRIQUEZ, | |
| Defendants, | |
| v. | |
| LIDA DEGROOTE, | |
| Third-party-plaintiff. | |

The supplemental brief submitted on October 14, 2022 by Arizona Board of

Regents and State of Arizona is filed. No paper copies are required.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Stephanie M. Lee
Deputy Clerk
Ninth Circuit Rule 27-7