FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 9 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MACKENZIE BROWN, a single woman, | No. 20-15568 |
| Plaintiff-Appellant, | D.C. No. 2:17-cv-03536-GMS<br>District of Arizona,<br>Phoenix |
| v. | |
| STATE OF ARIZONA; ARIZONA BOARD OF REGENTS, DBA University of Arizona, a constitutionally created body corporate, | ORDER |
| Defendants-Appellees, | |
| and | |
| RICHARD A. RODRIQUEZ; RITA RODRIQUEZ, | |
| Defendants, | |
| v. | |
| LIDA DEGROOTE, | |
| Third-party-plaintiff. | |

**MURGUIA**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion is vacated.