**NOT FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

FILED

DEC 9 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MACKENZIE BROWN, a single woman, | No. 20-15568 |
| Plaintiff-Appellant, | D.C. No. 2:17-cv-03536-GMS District of Arizona, Phoenix |
| v. | |
| STATE OF ARIZONA; ARIZONA BOARD OF REGENTS, DBA University of Arizona, a constitutionally created body corporate, | ORDER |
| Defendants-Appellees, | |
| and | |
| RICHARD A. RODRIQUEZ; RITA RODRIQUEZ, | |
| Defendants, | |
| v. | |
| LIDA DEGROOTE, | |
| Third-party-plaintiff. | |

**MURGUIA**, Chief Judge:

En banc oral argument will take place during the week of March 20, 2023, in Pasadena, California. The date and time will be determined by separate order. For

2

further information or special requests regarding scheduling, please contact Deputy Clerk Paul Keller at paul_keller@ca9.uscourts.gov or (206) 224-2236.

Within seven days from the date of this order, the parties shall forward to the Clerk of Court eighteen additional paper copies of the original briefs and ten additional paper copies of the excerpts of record. The paper copies must be accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. The Form 18 certificate is available on the Court's website at http://www.ca9.uscourts.gov/forms/