No. 20-15568

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

MACKENZIE BROWN,
*Plaintiff-Appellant*,

v.

STATE OF ARIZONA, *et al.*,
*Defendant-Appellees*.

On Appeal from the United States District Court
for the District of Arizona
Case No. 2:17-cv-03536-GMS
The Honorable G. Murray Snow

**APPELLANT'S MOTION FOR LEAVE
TO FILE A SUPPLEMENTAL BRIEF**

Pursuant to Federal Rule of Appellate Procedure 27 and Ninth Circuit Rule 27-1, Plaintiff-Appellant Mackenzie Brown moves for leave to file a supplemental brief of no more than 3,500 words before the en banc Court.

On December 9, 2022, this Court ordered that this case be reheard en banc and scheduled oral argument for the week of March 20, 2023. ECF Nos. 67, 68. The vacated panel opinion in this case reached an issue of significant public importance that was not the subject of adversarial party briefing: whether the Defendant-Appellees exercised substantial control over the context in which Mackenzie was abused. *See* ECF No. 32 at 15-21. Since then, the parties have only had the opportunity to

address that issue, in brief, as it related to the factors for rehearing en banc. For that reason, Mackenzie moves for leave to file a short supplemental brief to address that single issue on the merits.

After ordering that a case be reheard en banc, this Court regularly grants parties' motions to file supplemental briefing longer than Mackenzie proposes here. *See, e.g.*, Order, *Olean Wholesale Grocery Co-op v. Bumble Bee Foods LLC*, No. 19-56514 (Aug. 20, 2021), ECF No. 133 (granting in part motion to file 7,000-word briefs); Order, *Duncan v. Bonta*, 49 F.4th 1228 (9th Cir. 2022) (No. 19-55376), ECF No. 137 (granting motion to file simultaneous supplemental briefs not to exceed 7,000 words and simultaneous reply briefs not to exceed 3,500 words); Order, *Lorenzo-Lopez v. Garland*, 998 F.3d 851 (9th Cir. 2021) (No. 15-72406), ECF No. 100 (granting in part motion to file supplemental briefs, and ordering parties to file simultaneous briefs of no more than 7,000 words); Order, *Torres v. Barr*, 976 F.3d 918 (9th Cir. 2020) (No. 13-70653), ECF No. 96 (granting motion to file opening and answering briefs of no more than 7,000 words, and permitting petitioner to file a reply brief of no more than 3,500 words); Order, *C.J.L.G. v. Barr*, 923 F.3d 622 (9th Cir. 2019) (No. 16-73801), ECF No. 113 (granting motion in part and ordering parties to file supplemental briefs of no more than 7,000 words and permitting optional replies of no more than 3,500 words); Order, *Marinelarena v. Garland*, 6 F.4th 975 (9th Cir. 2021) (No. 14-72003), ECF No. 125 (granting motion to file simultaneous

supplemental briefs of no more than 7,000 words). Here, Mackenzie moves to file a brief of only 3,500 words to avoid burdening the Court.

Defendant-Appellees, through counsel, have informed Mackenzie that they oppose this motion. If the Court grants the motion, Mackenzie would suggest that the Court consider inviting the filing of simultaneous supplemental briefs, in case Defendant-Appellees wish to file a brief.

Dated: December 14, 2022

Respectfully submitted,

*/s/ Alexandra Z. Brodsky*
Alexandra Z. Brodsky
Adele P. Kimmel
Mollie Berkowitz*
PUBLIC JUSTICE
1620 L St. NW, Suite 630
Washington, DC 20036
(202) 797-8600
abrodsky@publicjustice.net

Jim Davy
ALL RISE TRIAL & APPELLATE
P.O. Box 15216
Philadelphia, PA 19125
jimdavy@allriselaw.org

Isabel M. Humphrey
HUNTER, HUMPHREY & YAVITZ PLC
2633 E. Indian School Road
Suite 440
Phoenix, AZ 85016
isabel@hhylaw.com

*Counsel for Plaintiff-Appellant*

*Admitted in New York. Practice in the District of Columbia supervised by D.C. bar members pursuant to D.C. App. R. 49(c)(8).*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 445 words. This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 27(d)(1)(E) because this motion has been prepared in a proportionally spaced typeface using Microsoft Office 365 in 14-point Times New Roman font.

Dated: December 14, 2022    /s/ *Alexandra Z. Brodsky*
Alexandra Z. Brodsky
*Counsel for Plaintiff-Appellant*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on December 14, 2022.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished using the appellate CM/ECF system.

Dated: December 14, 2022        */s/ Alexandra Z. Brodsky*
                                Alexandra Z. Brodsky
                                *Counsel for Plaintiff-Appellant*