**No. 20-15568**

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

MACKENZIE BROWN
*Plaintiff-Appellant*,

v.

STATE OF ARIZONA, *et al.*,
*Defendant-Appellees.*

On Appeal from the United States District Court
for the District of Arizona
Case No. 2:17-cv-03536-GMS
The Honorable G. Murray Snow

## APPELLANT'S MOTION FOR AN EXTENSION OF TIME
## FOR THE FILING OF AMICUS BRIEFS

Pursuant to Federal Rule of Appellate Procedure 27 and Ninth Circuit Rule 27-1, Plaintiff-Appellant Mackenzie Brown moves for an extension of the two pending deadlines for amicus briefs. Defendant-Appellees do not oppose the motion.

On December 9, 2022, the Court ordered that this case be reheard en banc and scheduled oral argument for the week of March 20, 2023. ECF. Nos. 67, 68. Per Ninth Circuit Rule 29-2(e)(2), amicus briefs in support of Mackenzie are due "21 days after the petition for rehearing is granted," which is December 30, 2022. Amicus briefs in support of the Defendant-Appellees are due fourteen days later, January 13, 2023.

Mackenzie has heard from multiple individuals and organizations who would like to file amicus briefs but, because of the holidays, are unable to do so by December 30. For that reason, Mackenzie moves to extend the deadline for both sets of amicus briefs by fourteen days, such that amicus briefs in support of Mackenzie would be due January 13, 2023, and amicus briefs in support of Defendant-Appellees would be due January 27, 2023. That extension would permit the Court to hear from interested amici while ensuring that all briefs would be filed well before oral argument.

Dated:     December 15, 2022     Respectfully submitted,

*/s/ Alexandra Z. Brodsky*
Alexandra Z. Brodsky
Adele P. Kimmel
Mollie Berkowitz*
PUBLIC JUSTICE
1620 L St. NW, Suite 630
Washington, DC 20036
(202) 797-8600
abrodsky@publicjustice.net

Jim Davy
ALL RISE TRIAL & APPELLATE
P.O. Box 15216
Philadelphia, PA 19125
jimdavy@allriselaw.org

Isabel M. Humphrey
HUNTER, HUMPHREY & YAVITZ PLC
2633 E. Indian School Road
Suite 440
Phoenix, AZ 85016
isabel@hhylaw.com

2

*Counsel for Plaintiff-Appellant*

*\* Admitted in New York. Practice in the District of Columbia supervised by D.C. bar members pursuant to D.C. App. R. 49(c)(8).*

**CERTIFICATE OF COMPLIANCE**

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 201 words. This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 27(d)(1)(E) because this motion has been prepared in a proportionally spaced typeface using Microsoft Office 365 in 14-point Times New Roman font.

Dated: December 15, 2022      */s/ Alexandra Z. Brodsky*
Alexandra Z. Brodsky
*Counsel for Plaintiff-Appellant*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on December 15, 2022.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished using the appellate CM/ECF system.

Dated: December 15, 2022             */s/ Alexandra Z. Brodsky*
Alexandra Z. Brodsky
*Counsel for Plaintiff-Appellant*