UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 30 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MACKENZIE BROWN, a single woman, | No. 20-15568 |
| Plaintiff - Appellant, | D.C. No. 2:17-cv-03536-GMS U.S. District Court for Arizona, Phoenix |
| v. | |
| STATE OF ARIZONA and ARIZONA BOARD OF REGENTS, a constitutionally created body corporate, DBA University of Arizona, | **ORDER** |
| Defendants - Appellees, | |
| and | |
| RICHARD A. RODRIQUEZ and RITA RODRIQUEZ, | |
| Defendants, | |
| v. | |
| LIDA DEGROOTE, | |
| Third-party-plaintiff. | |

The amicus brief submitted by Paul Bender; et al., on December 30, 2022 is filed.

Within 7 days of this order, amici curiae are ordered to file 18 copies of the brief in paper format with green covers, accompanied by certification (attached to

the end of each copy of the brief) that the brief is identical to the version submitted

electronically. The Form 18 certificate is available on the Court's website, at

http://www.ca9.uscourts.gov/forms.

The paper copies shall be submitted to the principal office of the Clerk. The

address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939.

The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-

1526.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Stephanie M. Lee
Deputy Clerk
Ninth Circuit Rule 27-7