No. 20-15568

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

MACKENZIE BROWN
*Plaintiff-Appellant*,

v.

STATE OF ARIZONA, *et al.*,
*Defendant-Appellees*.

On Appeal from the United States District Court
for the District of Arizona
Case No. 2:17-cv-03536-GMS
The Honorable G. Murray Snow

**APPELLANT'S MOTION TO WITHDRAW MOTION
FOR AN EXTENSION OF TIME FOR THE FILING OF AMICUS BRIEFS**

Pursuant to Federal Rule of Appellate Procedure 27 and Ninth Circuit Rule 27-1, Plaintiff-Appellant Mackenzie Brown moves to withdraw her previous motion for an extension of time for the filing of amicus briefs.

Last month, Mackenzie filed an unopposed motion requesting an extension of two amicus deadlines, one for briefs in support of Mackenzie and one for briefs in support of Defendant-Appellees. ECF No. 70. The deadline for amicus briefs in support of Mackenzie passed on December 30, 2022. *See id.* at 1. Accordingly, Mackenzie now moves to withdraw her motion for an extension. Defendant-Appellees oppose this motion.

Dated: January 3, 2022   Respectfully submitted,

/s/ Alexandra Z. Brodsky
Alexandra Z. Brodsky
Adele P. Kimmel
Mollie Berkowitz*
PUBLIC JUSTICE
1620 L St. NW, Suite 630
Washington, DC 20036
(202) 797-8600
abrodsky@publicjustice.net

Jim Davy
ALL RISE TRIAL & APPELLATE
P.O. Box 15216
Philadelphia, PA 19125
jimdavy@allriselaw.org

Isabel M. Humphrey
HUNTER, HUMPHREY & YAVITZ PLC
2633 E. Indian School Road
Suite 440
Phoenix, AZ 85016
isabel@hhylaw.com

*Counsel for Plaintiff-Appellant*

*Admitted in New York. Practice in the District of Columbia supervised by D.C. bar members pursuant to D.C. App. R. 49(c)(8).*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 98 words. This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 27(d)(1)(E) because this motion has been prepared in a proportionally spaced typeface using Microsoft Office 365 in 14-point Times New Roman font.

Dated:  January 3, 2022  /s/ *Alexandra Z. Brodsky*
Alexandra Z. Brodsky
*Counsel for Plaintiff-Appellant*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on January 3, 2022.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished using the appellate CM/ECF system.

Dated:  January 3, 2022  */s/ Alexandra Z. Brodsky*
Alexandra Z. Brodsky
*Counsel for Plaintiff-Appellant*