**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 6 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MACKENZIE BROWN, a single woman, | No. 20-15568 |
| Plaintiff-Appellant, | D.C. No. 2:17-cv-03536-GMS District of Arizona, Phoenix |
| v. | |
| STATE OF ARIZONA; ARIZONA BOARD OF REGENTS, DBA University of Arizona, a constitutionally created body corporate, | ORDER |
| Defendants-Appellees, | |
| and | |
| RICHARD A. RODRIQUEZ; RITA RODRIQUEZ, | |
| Defendants, | |
| v. | |
| LIDA DEGROOTE, | |
| Third-party-plaintiff. | |

The Court has reviewed Appellant's Motion for Leave to File a Supplemental Brief, along with Appellee's response. **IT IS ORDERED** granting Appellant's motion for leave to file a supplemental brief (Doc. 69). Appellant's supplemental brief shall be filed by close of business on January 31, 2023 and shall not exceed 3,500 words. Appellee is granted leave to file a response, which shall

be filed by close of business on February 17, 2023 and shall not exceed 3,500 words. No motions for an extension of time will be entertained.

**IT IS FURTHER ORDERED** granting Appellant's motion for an extension of time to file amicus briefs (Doc. 70). Amicus briefs in support of Appellant are now due January 13, 2023, and amicus briefs in support of Appellees are due January 27, 2023. Appellant's motion to withdraw its motion for an extension of time for the filing of amicus briefs (Doc. 80) is therefore **DENIED** as moot.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Allison Fung
Deputy Clerk
Ninth Circuit Rule 27-7