Arizona Attorney General's Office

Claudia Acosta Collings
Assistant Attorney General
416 W. Congress, 2nd Floor
Tucson AZ 85701-1315
(520) 638-2815 ♦ (520) 628-6050 (fax)
Claudia.Collings@azag.gov

Stephanie Elliott
2005 N. Central Avenue
Phoenix, AZ 85004-1592
(602) 542-8798 ♦ (602) 542-4085 (fax)
Stephanie.Elliott@azag.gov

Attorneys for Defendants-Appellees

**UNITED STATES COURT OF APPEALS**
**NINTH CIRCUIT**

| | |
|---|---|
| MACKENZIE BROWN,<br><br>　　Plaintiff-Appellant,<br><br>v.<br><br>STATE OF ARIZONA, et al.,<br><br>　　Defendants-Appellees. | No. 20-15568<br><br>United States District Court for the District of Arizona No. CV17-03536-PHX-GMS<br><br>**APPELLEES' MOTION FOR LEAVE TO FILE A RESPONSE TO AMICI CURIAE BRIEF OF PROFESSOR PAUL BENDER, ET AL.** |

　　Pursuant to Federal Rule of Appellate Procedure 27 and Ninth Circuit Rule 27-1, Appellees move for leave to file the Appellees' Response to Brief of Amici Curiae Professor Paul Bender, et al., currently lodged in ECF No. 84.

　　On December 9, 2022, this Court vacated the panel opinion in Appellees' favor and ordered that this case be reheard en banc. ECF No. 67.

　　On December 30, 2022, Amici Curiae Professor Bender, et al., filed a brief

requesting reversal before the Ninth Circuit en banc. ECF No. 77. This Court accepted and filed the brief the same day. ECF No. 79.

Appellees seek leave to respond to the Amici's arguments in their amicus brief and ask that the Court accept Appellees' brief lodged at ECF No. 84.

Plaintiff-Appellant Brown, through counsel, has informed Appellees that she opposes this motion. Notably, this Court has granted (ECF No. 83) Appellant's Motion for Leave to File a Supplemental Brief "to address the single issue on the merits" (ECF No. 69 at 2). It also granted Appellees leave to file a response to Appellant's supplemental brief. (ECF No. 83.) Those briefs have not yet been filed.

Appellees are not requesting to file two supplemental merits briefs. Rather, they respectfully request leave to respond to the amici's separate and independent arguments for reversal. It would seem unfair to preclude them from doing so.

Respectfully submitted this 20th day of January, 2023.

Arizona Attorney General's Office

 /s/ Claudia Acosta Collings
Claudia Acosta Collings
Assistant Attorneys General
Attorneys for Defendants-Appellees

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on January 20, 2023.

      I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.


By:   s/ S. Franz
10967361 — LMS17-0459//G201720685-1