**NOT FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

FILED

FEB 17 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MACKENZIE BROWN, a single woman, | No. 20-15568 |
| Plaintiff-Appellant, | D.C. No. 2:17-cv-03536-GMS |
| v. | District of Arizona, Phoenix |
| STATE OF ARIZONA; ARIZONA BOARD OF REGENTS, DBA University of Arizona, a constitutionally created body corporate, | **ORDER** |
| Defendants-Appellees, | |
| and | |
| RICHARD A. RODRIQUEZ; RITA RODRIQUEZ, | |
| Defendants, | |
| v. | |
| LIDA DEGROOTE, | |
| Third-party-plaintiff. | |

**MURGUIA**, Chief Judge.

Oral argument in this en banc case will be held at 1:30 p.m. on Tuesday,

March 21, 2023, in Courtroom Three of the Richard H. Chambers Courthouse,

located at 125 South Grand Avenue in Pasadena, California 91105.