UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 17 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MACKENZIE BROWN, a single woman, Plaintiff - Appellant, v. STATE OF ARIZONA and ARIZONA BOARD OF REGENTS, a constitutionally created body corporate, DBA University of Arizona, Defendants - Appellees, and RICHARD A. RODRIQUEZ and RITA RODRIQUEZ, Defendants, v. LIDA DEGROOTE, Third-party-plaintiff. | No. 20-15568<br><br>D.C. No. 2:17-cv-03536-GMS<br>U.S. District Court for Arizona, Phoenix<br><br>**ORDER** |

The supplemental brief submitted by Arizona Board of Regents and State of Arizona on February 17, 2023 is filed.

Within 7 days of this order, appellees are ordered to file 18 copies of the brief in paper format with tan covers, accompanied by certification (attached to the

end of each copy of the brief) that the brief is identical to the version submitted electronically. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The paper copies shall be submitted to the principal office of the Clerk. The address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939. The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Stephanie M. Lee
Deputy Clerk
Ninth Circuit Rule 27-7