UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 7 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MACKENZIE BROWN, a single woman, | No. 20-15568 |
| Plaintiff-Appellant, | D.C. No. 2:17-cv-03536-GMS District of Arizona, Phoenix |
| v. | |
| STATE OF ARIZONA; ARIZONA BOARD OF REGENTS, DBA University of Arizona, a constitutionally created body corporate, | ORDER |
| Defendants-Appellees, | |
| and | |
| RICHARD A. RODRIQUEZ; RITA RODRIQUEZ, | |
| Defendants, | |
| v. | |
| LIDA DEGROOTE, | |
| Third-party-plaintiff. | |

IT IS ORDERED that the United States' Motion to Participate in Oral Argument as *Amicus Curiae i*n Support of Plaintiff-Appellant (Doc. 97) is granted.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Omar Cubillos
Deputy Clerk
Ninth Circuit Rule 27-7