FILED

OCT 19 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MACKENZIE BROWN,<br><br>    Plaintiff-Appellant,<br><br>v.<br><br>STATE OF ARIZONA, et al.,<br><br>    Defendants-Appellees. | No. 20-15568<br><br>D.C. No. 2:17-cv-03536-GMS<br><br>ORDER |

Before: MURGUIA, Chief Judge, and FLETCHER, RAWLINSON, SMITH, NGUYEN, OWENS, FRIEDLAND, NELSON, LEE, KOH and SUNG, Circuit Judges.

    Appellees' Motion for Stay of Mandate (Dkt. 109) is granted.

    Pursuant to Rule 41(d) of the Federal Rules of Appellate Procedure, the mandate is stayed for 90 days to permit Appellees to file a petition for writ of certiorari in the Supreme Court. Appellees must notify the Court in writing that the petition has been filed, in which case the stay will continue until the Supreme Court resolves the petition. *See* Fed. R. App. P. 41(d)(2)(B)(ii). Should the Supreme Court grant certiorari, the mandate will be stayed pending disposition of the case. Should the Supreme Court deny certiorari, the mandate will issue immediately. The parties shall advise this Court immediately upon the Supreme Court's decision.