Arizona Attorney General's Office

Claudia Acosta Collings
Assistant Attorney General
416 W. Congress, 2nd Floor
Tucson, AZ 85701-1315
(520) 638-2815
Claudia.Collings@azag.gov

Stephanie Elliott
2005 N. Central Avenue
Phoenix, AZ 85004-1592
(602) 542-8798
Stephanie.Elliott@azag.gov

Attorneys for Defendants-Appellees

# UNITED STATES COURT OF APPEALS
# NINTH CIRCUIT

| | |
|---|---|
| MACKENZIE BROWN,<br><br>　　Plaintiff-Appellant,<br><br>v.<br><br>STATE OF ARIZONA, et al.,<br><br>　　Defendants-Appellees. | No. 20-15568<br><br>United States District Court for the District of Arizona No. CV17-03536-PHX-GMS<br><br>**DEFENDANTS-APPELLEES' NOTICE OF EXTENSION OF DEADLINE FOR A PETITION FOR CERTIORARI**<br><br>**Before Chief Judge Murguia and Judges Fletcher, Rawlinson, M. Smith, Nguyen, Owens, Friedland, R. Nelson, Lee, Koh, and Sung** |

Under Federal Rule of Appellate Procedure 41(d)(2)(B)(i), Defendants-Appellees notify the Court that the United States Supreme Court Justice Elena Kagan has extended the deadline to file a petition for certiorari. (*See* Docket,

*Arizona, et al. v. Mackenzie Brown*, No.23A553, attached as Exhibit A.) This Court stayed the mandate for 90 days to permit Appellees to file their petition for certiorari. (Dkt. 112.) On December 15, 2023, Justice Kagan extended until January 25, 2024, the deadline to file the petition. (Ex. A.) Under Appellate Rule 41(d)(2)(B)(i), "the stay continues for the extended period."

Respectfully submitted this day 22nd of December, 2023.

Arizona Attorney General's Office

/s/ Stephanie Elliott
Claudia Acosta Collings
Stephanie Elliott
Assistant Attorneys General
Attorneys for Defendants-Appellees

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on December 22, 2023.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

By: s/ Jose Munoz
11764938— LMS17-0459//G201720685-1