# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

January 29, 2024

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

    Re:  Arizona, et al.
          v. Mackenzie Brown
          No. 23-812
          (Your No. 20-15568)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on January 25, 2024 and placed on the docket January 29, 2024 as No. 23-812.

Sincerely,

**Scott S. Harris**, Clerk

by

Susan Frimpong
Case Analyst