

April 14, 2024

Molly C. Dwyer
Clerk of Court
U.S. Court of Appeals for the Ninth Circuit
James R. Browning Courthouse
95 7th Street
San Francisco, CA 94103

    Re:    Case No. 20-15568, *Brown v. State of Arizona*

Dear Ms. Dwyer

    On October 19, 2023, this Court stayed the mandate of the above-captioned case pending resolution of State of Arizona's petition for a writ of certiorari to the United States Supreme Court. *See* Order, ECF No. 112. As the fourth page of the attached order list reflects, the Supreme Court denied Arizona's petition today. Accordingly, per the Court's order, "the mandate will issue immediately." *Id.*

                      Respectfully submitted,

                      /s/ *Alexandra Z. Brodsky*
                      Alexandra Z. Brodsky
                      PUBLIC JUSTICE
                      1620 L Street NW
                      Suite 630
                      Washington, DC 20036
                      (202) 797-8600
                      abrodsky@publicjustice.net

                      *Counsel for Plaintiff-Appellant*

publicjustice.net

National Headquarters
1620 L Street NW, Suite 630, Washington DC  20036
(202) 797-8600 phone • (202) 232-7203 fax

West Coast Office
475 14th Street, Suite 610, Oakland, CA 94612
(510) 622-8150 phone