UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 15 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MACKENZIE BROWN, a single woman,<br><br>   Plaintiff - Appellant,<br><br> v.<br><br>STATE OF ARIZONA and ARIZONA BOARD OF REGENTS, a constitutionally created body corporate, DBA University of Arizona,<br><br>   Defendants - Appellees,<br><br> and<br><br>RICHARD A. RODRIQUEZ and RITA RODRIQUEZ,<br><br>   Defendants,<br><br> v.<br><br>LIDA DEGROOTE,<br><br>   Third-party-plaintiff. | No. 20-15568<br><br>D.C. No. 2:17-cv-03536-GMS<br>U.S. District Court for Arizona, Phoenix<br><br>**MANDATE** |

  The judgment of this Court, entered September 25, 2023, corrected on October 2, 2023, takes effect this date.

  This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT